ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
     Social Security Administration
     Program Litigation 1
     Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4818
     Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHANIE MARIA CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-00977-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>**(Doc. 11)** |

      The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

      1.      Defendant's response to Plaintiff's Complaint is due October 10, 2025. Defendant has not previously requested an extension of this deadline.

      2.      At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

3.      Absent an appropriation or continuing resolution, Department of Justice and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include attorneys assigned to most civil cases at this time.

4.      Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Complaint.

5.      Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6.      This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until November 10, 2025, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: _October 3, 2025_          By:      _/s/ Jonathan Omar Pena_
                                          Jonathan Omar Pena
                                          Pena and Bromberg, PC
                                          Attorney for Plaintiff
                                          (*as authorized by email)


Date: _October 3, 2025_                   ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1
                                 By:      _/s/ Oscar Gonzalez de Llano_
                                          OSCAR GONZALEZ de LLANO
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

<u>ORDER</u>

Pursuant to the parties' stipulation and unopposed motion for extension of time (Doc. 11), IT IS HEREBY ORDERED that Defendant shall have an extension, to and including November 10, 2025, to respond to Plaintiff's complaint.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **October 3, 2025**                    */s/ Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE